1  Andrew Rozynski, Esq. (NY# 5054465) (pro hac vice)
   **EISENBERG & BAUM, LLP**
2  24 Union Square East, Penthouse
   New York, NY 10003
3
4  212-353-8700 (tel.) 212-353-1708 (fax)
   arozynski@eandblaw.com
5  Attorneys for Plaintiff
   LEIONA COLBERT GREGORY
6

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

7                **UNITED STATES DISTRICT COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

9

| | |
|---|---|
| 10 LEIONA COLBERT GREGORY, | Civil No.: 5:21-cv-00381-JGB-SHK |
| 11 Plaintiff, | Assigned to JUDGE JESUS G. BERNAL, Courtroom 1, for all purposes including trial |
| 12 vs. | |
| 13 | Assigned to MAGISTRATE JUDGE SHASHI H. KEWALRAMANI, for all discovery related motions |
| 14 LOMA LINDA UNIVERSITY MEDICAL CENTER, | |
| 15 Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 16 | |
| 17 | |
| 18 | ACTION FILED: 03/03/21 |

- 1 -

STIPULATION AND JOINT MOTION TO AMEND THE SCEDULING ORDER TO CONTINUE THE TRIAL
DATE AND ALL RELATED PRE-TRIAL DEADLINE DATES

By this stipulation, the parties, Leiona Colbert Gregory (hereinafter "plaintiff") and Loma Linda University Medical Center ("Loma Linda" or "LLUMC"), jointly as ("parties") hereby stipulate and agree and between the parties to this action through their designated counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice.

Dated: March 25, 2024      EISENBERG & BAUM, LLP

By: / s /
_____
ANDREW ROZYNSKI, ESQ
Attorney for Plaintiff
LEIONA COLBERT GREGORY

Dated: March 25, 2024      LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

By: / s /
_____
MICHAEL D. REID, ESQ.
STEPHEN J. GUICHARD, ESQ.
Attorneys for Defendant
LOMA LINDA UNIVERSITY MEDICAL CENTER

- 2 -

STIPULATION AND JOINT MOTION TO AMEND THE SCEDULING ORDER TO CONTINUE THE TRIAL DATE AND ALL RELATED PRE-TRIAL DEADLINE DATES

CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I caused all of the pages of the foregoing documents described as **STIPULATION OF DISMISSAL WITH PREJUDICE** to be electronically filed with the United States District Court, Central-Eastern Division District of California by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system regarding the case of LEIONA COLBERT GREGORY v. LOMA LINDA UNIVERSITY MEDICAL CENTER, Court Case No. 5:21-cv-00381-JGB-SHK, Our Matter No. 00690.43599 MDR.

Dated: March 25, 2024

/ s / Andrew Rozynski
_____
ANDREW ROZYNSKI